**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FRANCISCO MARTINEZ FLORES,** ) | |
|       Petitioner, ) | **ORDER** |
|   v. ) | ED CV 26-03088-VBF-E |
| D. MARIN *et al.*, ) | **Denying TRO Application [Doc #2]** |
|       Respondents. ) | **Without Prejudice** |

Yesterday, Thursday, June 4, 2026, proceeding pro se, petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and an application for a temporary restraining order ("TRO") and preliminary injunction, CM/ECF Docs 1-2. Later that same day, the Clerk's Office promptly issued a Notice of General Order 26-05 and Briefing Schedule (Doc 5) and a Notice of Resources for Pro Se Litigants (Doc 4).

According to the Schedule (Doc 6 at 2 paragraph three), respondents must answer the habeas petition within seven days, i.e., no later than Thursday, June 11, 2026. Then petitioner must file his reply, if any, within three days, i.e., no later than Sunday, June 14, 2026, which is automatically extended to the next business day, Monday, June 15, 2026.

The Court places significance on the substantially expedited briefing schedule ordered by the Magistrate Judge, and the expedited consideration that the Magistrate Judges in our District accord to section 2241 habeas petitions where the petitioner initially seeks a TRO

and seems to present some colorable allegation of urgency.  The Court finds that taken together, the substantially expedited briefing schedule and the anticipated expedited consideration of those briefs obviate any need to proceed by way of TRO for the time being. *See* General Order 26-05 filed April 1, 2026 (Doc 4 at 5):

> The standard scheduling order is intended to provide a prompt resolution to habeas petitions *and reduce the contemporaneous filing of applications for a temporary restraining order [TRO]*. Applications for [TROs] should be reserved for cases where the petitioner alleges imminent, irreparable harm that cannot be addressed . . . by expediting the briefing schedule.") (italics added).

Doc 4 at 5 (italics added).  Accordingly, the Court orders as follows:

**Petitioner's application for a TRO [Doc #2] is DENIED without prejudice.**
IT IS SO ORDERED.

Dated: June 5, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge

2