JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MARTINEZ FLORES,<br>Petitioner,<br>v.<br>DAVID A. MARIN, ETC., ET AL.,<br>Respondent. | No. ED CV 26-3088-VBF(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Date: October 20, 2026

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE